IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROBERT NELSON, JR.                                                      PLAINTIFF

v.                                    3:03CV00354 JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                 DEFENDANT

ORDER

Plaintiff has filed a motion for attorney's fees and other expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  The Court finds that Plaintiff's attorney is entitled to an attorney's fee in the amount of $1,353.05 and expenses in the amount of $60.20 pursuant to the EAJA. The Defendant should certify said award and pay the Plaintiff's attorney these amounts.

IT IS SO ORDERED this 15th day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE